UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 19-mj-2389-MBB |
| | ) |
| KENNEDY CHIBUEZE UGWU | ) |
| aka Kennedy David, | ) |
| Defendant | ) |

## AFFIDAVIT OF OUTSTANDING ARREST WARRANT
## PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Timothy J. Quinn, Special Agent, FBI, do hereby make oath before the Honorable Marianne B. Bowler, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one KENNEDY UGWU on an Indictment issued by the United States District Court for the Central District of California on June 27, 2019, charging the defendant with Conspiracy to Engage in Money Laundering (18 U.S.C. § 1956(h)) and Conspiracy to Commit Wire and Bank Fraud (18 U.S.C. § 1349), and Aggravated Identity Theft (18 U.S.C. § 1028A(a)(1)). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

_____
Timothy J. Quinn
Special Agent
FBI

Subscribed and sworn to before me this 22nd day of August, 2019.

_____
Hon. Marianne B. Bowler
United States Magistrate Judge