UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

UNITED STATES OF AMERICA

v.                                                                    1:19-MJ-02389-MBB

KENNEDY C. UGWU

ASSENTED TO MOTION TO AMEND CONDITIONS OF RELEASE

The defendant, through counsel at the suggestion of Probation and with the assent of the government, respectfully requests that the Court amend his conditions of release by striking G.P.S. electronic monitoring. As grounds therefore, the defendant has been in compliance with all of his conditions of release and the government assents to the removal of G.P.S. electronic monitoring. Specifically, the prosecutors handling this case in the United States District Court in Los Angeles, California (DOCKET NO: 19-CR-00380-VAP for the U.S. District Court for the Central District of California) (Anil Anthony and Joseph Woodring along with Boston Assistant U.S. Attorney Eugenia Carris) have expressed their assent to this request. The undersigned states that he and co-counsel James E. McCall are in frequent communication with the Los Angeles prosecutors and the parties are in discussions for a possible plea.

                                              Respectfully submitted,
                                              **Kennedy C. Ugwu,**
                                              by his lawyer,

Date: May 11, 2020                   /s/William Keefe_____
                                        **William Keefe**
                                        **BBO # 556817**
                                        801C Tremont Street
                                        Boston, MA 02118
                                        Telephone: (617) 947-8483
                                        Facsimile: (617) 445-8002

CERTIFICATE OF SERVICE

   I, William Keefe, counsel for the plaintiff, hereby certify that on this 11th day of May 2020, I served this document through the Court's electronic filing system (ECF) on all persons so registered and served prosecutors from the Office of the United States Attorney for the Central District of California by email.

Dated: <u>May 11, 2020</u>                              <u>/s/ William Keefe</u>
                                                          William Keefe